## SOUTH PARK FLORAL COMPANY *v.* CITY OF NEW-CASTLE.

[No. 22,659. Filed December 17, 1914.]

From Henry Circuit Court; *Ed. Jackson*, Judge.

Action by the South Park Floral Company against the City of Newcastle. From a judgment for defendant, the plaintiff appeals. *Appeal dismissed.*

*A. D. Ogborn* and *Forkner & Forkner*, for appellant.
*Clarence M. Brown* and *Barnard & Brown*, for appellee.

MORRIS, J.—Appellee has filed a motion to dismiss the appeal in this cause, which presents the same questions involved in a similar motion filed in *South Park Floral Co.* v. *Garvey* (1915), *ante* 635, 107 N. E. 68. On the authority of the opinion in that case, this appeal is dismissed at appellee's cost.